## Albert C. Ostroff, Appellee, v. A. J. Canfield Company, Appellant.

Gen. No. 42,289.

opinion filed March 2, 1943; rehearing denied March 23, 1943. William T. Pridmore, for appellant; Marion G. McClelland and Poppenhusen, Johnston, Thompson & Raymond, of counsel; Musgrave, Oppenheim, Price & Ewins, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''